DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN KORNBERG, | ) |
| Plaintiffs, | ) Case No: 2:14-cv-02165-JCM-NJK |
| v. | ) |
| UNITED STATES OF AMERICA, *et al*. | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

The United States of America respectfully requests an extension of time of twenty-one (21) days until June 1, 2015, to file a response to Plaintiff's Complaint (ECF #1). A response is currently due on May 11, 2015.

In support of the instant Motion, the Federal Defendants submit the following:

1.      This Motion is brought in order to accommodate the undersigned counsel.

1

2. The requested extension of time is necessary in order for Government counsel to consult with the agency and prepare an adequate response.

3. Plaintiff's counsel was contacted, and does not oppose this extension.

4. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, Federal Defendants respectfully request the instant Motion extending time to respond to Plaintiff's Complaint of twenty-one (21) days, until on or before June 1, 2015, be granted.

Respectfully submitted this 11th day of May 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/Justin Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: May 26, 2015

2