KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELVIN KORNBERG, ) 2:14-cv-02165-JCM-NJK
)
      Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, et al., )
)
      Defendant. )
_____ )

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### (First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, above named, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendants, above named, represented by and through their undersigned counsel, DAYLE ELIESON, United States Attorney and LINDSY M. ROBERTS, Assistant United States Attorney, that the Defendant's motion for summary judgment, ECF 41, was filed on June 15, 2018, and the current due date for the Plaintiff's response is July 6, 2018. This Stipulation seeks to extend the time to file the Plaintiff's response to July 20, 2018.

This is the first request to extend the time for the Plaintiff's opposition and it is entered into because the Plaintiff's Counsel will be out of the jurisdiction during the time

1

frame of the current opposition deadline.  Plaintiff's Counsel will need additional time to prepare the Plaintiff's response.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 6/19/18

/s/Lindsy M. Roberts
DAYLE ELIESON
United States Attorney
LINDSY M. ROBERTS
Assistant United States Attorney
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, NV 89101
(702) 388-6336
Attorney for Defendants

Dated: 6/19/18

## **ORDER**

IT IS SO ORDERED,

Dated June 21, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2